IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATY WOODSON, | ) | |
| 4093 W. Grand | ) | |
| Springfield, Missouri, 65802 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:10-cv-03392-RED |
| vs. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| 507 Prudential Road | ) | |
| Horsham, PA 19044 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, KATY WOODSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

///

///

1

NOTICE OF SETTLEMENT

Respectfully Submitted,

By: /s/ Adam C. Maxwell
[ ] Adam C. Maxwell
Attorney for Plaintiff
Bar # 62103
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, IL 60602
(312) 578-9428 x 281(direct)
e-mail: amaxwell@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via ELECTRONIC MAIL on December 3, 2010 upon the following:

Ross S. Enders, Attorney
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
rsenders@sessions-law.biz

By: /s/ Adam C. Maxwell
Adam C. Maxwell