# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| KATY WOODSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 10-3392-CV-S-RED |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 4) whereby Plaintiff moved to dismiss the above captioned matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A). Therefore, the above captioned matter is dismissed with prejudice. Each party is to bear its own costs.

**IT IS SO ORDERED**.

DATED: January 21, 2011  /s/ Richard E. Dorr
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT